IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-289 |
| | ) | |
| JACKSON L. GALE, | ) | Court Date: |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1120708)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 12, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JACKSON L. GALE, did knowingly and unlawfully possess a controlled substance, to wit: cocaine.

(In violation of Title 21, United States Code, Section 844.)

Count II (Class D Misdemeanor – E1120705)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 12, 2025, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JACKSON L. GALE, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway of the Commonwealth.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1.)

Count III (Petty Offense – E1120707)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 12, 2025, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JACKSON L. GALE, did transport another person less than 18 years old on the highways of Virginia in a motor vehicle manufactured after January 1, 1968 equipped with a safety belt system, and did unlawfully fail to ensure that such person was properly secured by an appropriate safety belt system.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-1095(B)

Respectfully submitted,
Erik S. Siebert
United States Attorney

By: _____/s/_____
Alex Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on May 7, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Alex Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov